IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:06-CV-793-M |
| EFS L.L.C., et al., | § § | Consolidated with No. 3:06-CV-1097-M |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions, and Recommendation of United States Magistrate Judge Irma C. Ramirez, relating to T. Alan Owen's contempt of several court orders, issued on January 24, 2007, and prepared in accordance with 28 U.S.C. § 636(b). After reviewing the Findings, Conclusions, and Recommendation, as well as the relevant pleadings, files, and records, and having noted that there have been no objections filed, the Court reviews the matter on a plain error basis, and concludes that the Findings, Conclusions, and Recommendation of Magistrate Judge Ramirez are correct, and they are hereby accepted as the findings and conclusions of the Court.

Therefore, it is **ORDERED** that T. Alan Owen is found to be in contempt and is sanctioned for the attorney fees and expenses incurred as a result of his contempt in the amount of **$9,564.93**, plus an additional **$250 per day** from the date of this Order until he fully complies with Magistrate Judge Sanderson's Order of September 21, 2006, this Court's oral Order of November 6, 2006, and Magistrate Judge Ramirez's oral Order of December 12, 2006.

- 2 -

To be in full compliance with these Orders, Owen must produce to the Receiver Christopher Kirkpatrick all documents responsive to the subpoena duces tecum served upon him on August 3, 2006, with the limited exceptions noted in United States Magistrate Judge Sanderson's Order of September 21, 2006. This includes, but is not limited to, responsive billing and electronic records, records pertaining to his IOLTA account, and correspondence with the Sunray investors. Additionally, Owen must make himself available to the Receiver's counsel for completion of his deposition. All of this must be accomplished by **March 16, 2007**.

Once Owen believes himself to be in compliance with these Orders, he shall promptly submit a report to the Court detailing such compliance. Should Owen not be in compliance by **March 16, 2007**, the Court will have him taken into custody until he complies with all Orders referenced above.

The United States Marshal is directed to serve this Order on T. Alan Owen at 1112 E. Copeland Road, Suite 420, Arlington, TX 76011.

**SO ORDERED**.

February 22, 2007.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**