**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:06-CV-793-M |
| EFS L.L.C., et al., | § § | Consolidated with No. 3:06-CV-1097-M |
| Defendants. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions, and Recommendation of United States Magistrate Judge Irma C. Ramirez, relating to several applications for compensation, issued on January 24, 2007, and prepared in accordance with 28 U.S.C. § 636(b).  After reviewing the Findings, Conclusions, and Recommendation, as well as the relevant pleadings, files, and records, and having noted that there have been no objections filed, the Court reviews the matter on a plain error basis, and concludes that the Findings, Conclusions, and Recommendation of Magistrate Judge Ramirez are correct, and they are hereby accepted as the findings and conclusions of the Court.

Therefore, it is **ORDERED** that the Receiver's First Application for Compensation, Haynes & Boone's First Application for Compensation, and Lain, Faulkner's First Application for Compensation are **GRANTED** in their entirety, and that (1) the Receiver is awarded **$7,672.50** from the EFS receivership estate and **$2,593.65** from the Sunray receivership estate, (2) Haynes & Boone is awarded **$33,644.74** from the EFS receivership estate and **$41,608.15**

from the Sunray receivership estate, and (3) Lain, Faulkner is awarded **$38,811.98** from the EFS receivership estate and **$22,573.34** from the Sunray receivership estate.

It is further **ORDERED** that the Receiver file a budget with United States Magistrate Judge Irma C. Ramirez, for her review and consideration, detailing proposed work to be performed by the Receiver and others assisting him, including counsel and accountants, in the further prosecution of the Receiver's duties, and proposed hourly billing rates for that work. The report is to be filed before any further billing to the receivership estates, no later than **March 20, 2007**.

Under the authority of 28 U.S.C. § 636(b) and Rule 2(c)(3) of Miscellaneous Order No. 6 of this District, it is **ORDERED** that review and consideration of the budget to be filed is **REFERRED** to United States Magistrate Judge Irma C. Ramirez, for hearing, if necessary, and determination.

**SO ORDERED**.

February 28, 2007.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**