# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:06-CV-793-M (BH) |
| EFS, LLC, FREEDOM FIDELITY, LLC, JAMES PRATT, SP&V, LLC and TIMOTHY V. COFFIN, | § § § § § § § | Consolidated with Civil Action No. 3:06-CV-1097-R |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Haynes and Boone's Second Application for Compensation* (docket #113), filed October 2, 2008, and *Lain, Faulkner and Co., P.C.'s Second Application for Compensation* (docket #115), filed October 2, 2008. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

Therefore, it is **ORDERED** that *Haynes and Boone's Second Application for Compensation*, filed October 2, 2008, is **GRANTED** in part. Haynes & Boone is awarded **$16,238.04** from the EFS receivership estate and **$140.853.33** from the Sunray receivership estate.

It is further **ORDERED** that *Lain, Faulkner and Co., P.C.'s Second Application for Compensation*, filed October 2, 2008, is **GRANTED** in its entirety. Lain Faulkner is awarded

**$39,746.40** from the EFS receivership estate and **$38,300.03** from the Sunray receivership estate.

SIGNED this 5th day of December, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS