# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER E. KIRKPATRICK,** as the **RECEIVER FOR SUNRAY OIL COMPANY, INC.,** | § § § § | |
| **Plaintiff,** | § § | Civil Action No. 3:06-CV-0793-M |
| v. | § § § | Consolidated with Civil Action No. 3:06-CV-1097-R |
| **JASMINE INC.** and **JIMMY GRAY a/k/a JAMES GRAY** | § § § | |
| **Relief Defendants.** | § § § | ECF |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day this Court considered the parties' Agreed Motion to Dismiss. The parties to the lawsuit related to Relief Defendants Jasmine Inc. and Jimmy Gray a/k/a James Gray (together, "Relief Defendants") have settled all claims asserted in this lawsuit, and the parties seek to dismiss such lawsuit, with prejudice to the refilling of same, upon payment of the settlement funds to the Receivership Estate.

It is therefore ORDERED that all claims and causes of action that were asserted or could have been asserted in the lawsuit related to Relief Defendants are hereby DISMISSED WITH PREJUDICE to the re-filing of same.

It is further ORDERED that each party to this proceeding is to bear its own costs.

SIGNED this 27th day of June, 2012.

*Irma Carrillo Ramirez*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

AGREED AND APPROVED AS TO FORM, SUBSTANCE, CONTENT AND ENTRY:

/s/ Angeleque Linville
_____

K. Todd Phillips
State Bar No. 24002767
Angeleque Linville
State Bar No. 24058793

WICK PHILLIPS GOULD & MARTIN, LLP
2100 Ross Avenue, Suite 950
Dallas, Texas 75201
(214) 692-6200 (phone)
(214) 692-6255 (facsimile)

**ATTORNEYS FOR RECEIVER CHRISTOPHER E. KIRKPATRICK**

and

/s/ Patrick J. McLain
/s/ Jay Ethington
_____

Patrick J. McLain
Texas State Bar No. 13737480
Jay Ethington
Texas State Bar No. 06692500
3131 McKinney Avenue, Suite 800
Dallas, Texas 75204
(214) 740-9912 (facsimile)

**ATTORNEYS FOR RELIEF DEFENDANTS JASMINE INC. AND JIMMY GRAY A/K/A JAMES GRAY**